UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GAOFENG FAN, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF STATE, et al.,

Defendants.

Case No. 26-cv-07847-VKD

**ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**

Re: Dkt. No. 12

On August 28, 2026, plaintiffs Gaofeng Fan and Sijin Yan filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Dkt. No. 12.

Although a motion for summary judgment may be filed "at any time[,]" the Court may "defer considering the motion" or "allow time to . . . take discovery" if necessary to allow the non-movant to present facts essential to justify its opposition. Fed. R. Civ. P. 56(b), (d). In addition, "district courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016).

Plaintiffs' motion is premature. No defendants have appeared in this action or filed a response to the complaint. *See, e.g.*, *Pickens v. Pelican Bay State Prison*, No. 04-cv-2621-JF(PR), 2006 WL 2385164, at *1 (N.D. Cal. Aug. 17, 2006) (denying motion for summary judgment as premature where defendants had not appeared in the action); *McPherson v. Cal. Dep't of Corr. & Rehab.*, No. 1:25-cv-01026-KES-SKO, 2025 WL 3451765, at *1 (E.D. Cal. Dec. 1, 2025) (same).

Accordingly, the Court denies plaintiffs' motion for summary judgment without prejudice to resubmission of the motion after defendants have appeared and responded to the complaint.

//

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: August 31, 2026

Virginia K. DeMarchi
United States Magistrate Judge